IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIEL L. WILLIAMS,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-01337 |
| v. | : | |
| | : | (Judge Rambo) |
| **PA DEPARTMENT OF CORRECTIONS, <u>et al.</u>,** | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 7th day of December 2022, upon consideration of Plaintiff's amended complaint (Doc. No. 18), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 18) is **DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff's 42 U.S.C. § 1983 ("Section 1983") claims against Defendants Pennsylvania Department of Corrections and Smart Communications are **DISMISSED** without leave to amend;

3. Plaintiff's Section 1983 claims against Defendants Rivello, Corley, and Goss are dismissed with leave to amend. Plaintiff may file a second complaint against Defendants Rivello, Corley, and Goss in accordance with the Federal Rules of Civil Procedure and the standards set forth in the Court's accompanying Memorandum;

4. Plaintiff shall file his second amended complaint against Defendants Rivello, Corley, and Goss within **thirty (30) days** of the date of this Order;

5. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form. Plaintiff shall title that complaint form "Second Amended

      Complaint" and shall include the docket number for this case, 1:22-cv-01337; and

6. In the event that Plaintiff fails to file a second amended complaint within the thirty (30) days, this action may be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
