IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIEL L. WILLIAMS,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-01337 |
| v. | : | |
| | : | (Judge Rambo) |
| **PA DEPARTMENT OF CORRECTIONS, et al.,** | : | |
| | : | |
| Defendants | : | |

### ORDER

**AND NOW**, on this 9th day of March 2023, upon consideration of pro se Plaintiff Jamiel L. Williams ("Plaintiff")'s second amended complaint (Doc. No. 21), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint (Doc. No. 21) is **PARTIALLY DISMISSED** for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as follows:

    a. Plaintiff's 42 U.S.C. § 1983 ("Section 1983") Eighth Amendment claim against Defendant Rivello is **DISMISSED** without leave to amend, and the Clerk of Court is directed to terminate Defendant Rivello from the docket of this case;

    b. Plaintiff's Section 1983 First Amendment claim against Defendant Corley is **DISMISSED** with leave to amend;

    c. Plaintiff's Section 1983 Fourteenth Amendment claim against Defendant Goss is **DISMISSED** with leave to amend;

      d.    Plaintiff is permitted to proceed on his Section 1983 Eighth Amendment excessive use of force claim against Defendant Corley;

2. Plaintiff is **GRANTED** a **<u>final</u>** opportunity to amend his pleading against Defendants Corley and Goss. More specifically, Plaintiff may file a third amended complaint in order to assert his First and Eighth Amendment claims against Defendant Corley and his Fourteenth Amendment claim against Defendant Goss;

3. Plaintiff shall file his third amended complaint against Defendants Corley and Goss within **<u>thirty (30) days</u>** of the date of this Order;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form. Plaintiff shall title that complaint form "Third Amended Complaint" and shall include the docket number for this case, 1:22-cv-01337; and

5. In the event that Plaintiff fails to file a third amended complaint within the thirty (30) days, this action may be subject to dismissal without further notice of Court.

                                            s/ Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge